1   Tyler J. Woods (State Bar No. 232464)
      twoods@trialnewport.com
2   Richard H. Hikida (State Bar No. 196149)
      rhikida@trialnewport.com
3   Scott J. Ferrell (State Bar No. 202091)
      sferrell@trialnewport.com
4   **NEWPORT TRIAL GROUP**
    A Professional Corporation
5   4100 Newport Place, Suite 800
    Newport Beach, CA  92660
6   Tel: (949) 706-6464
    Fax: (949) 706-6469
7
    Attorneys for Plaintiff
8

9                 **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11   THERMOLIFE INTERNATIONAL, LLC | Case No.  3:13-cv-02172-JLS-MDD

12                Plaintiff,            | **PLAINTIFF'S NOTICE OF
                                          VOLUNTARY DISMISSAL
13                 vs.                    PURSUANT TO FEDERAL RULE OF
                                          CIVIL PROCEDURE 41(a)(1)(A)(i)**
14   LG SCIENCES,

15                Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**NOTICE OF VOLUNTARY DISMISSAL**                        **3:13-cv-02172-JLS-MDD**

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ThermoLife

2   International, LLC voluntarily dismisses without prejudice this action against LG

3   Sciences.  Defendants have not yet filed or served an answer to Plaintiff's Complaint.

4

5    Dated: July 25, 2016                    NEWPORT TRIAL GROUP

6

7                                           */S/Tyler J Woods*

8                                           Tyler J. Woods
                                            Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Tyler J Woods*
Tyler J Woods

CERTIFICATE OF SERVICE                                         3:13-cv-02172-JLS-MDD